1  Robert C. Maddox, Esq., NV Bar No. 4002
   Nancy H. Jasculca, Esq., NV Bar No. 9594
2  **ROBERT C. MADDOX & ASSOCIATES**
   10587 Double R Blvd., Suite 100
3  Reno, NV 89521
   Telephone: (775)322-3666 • Facsimile: (775)322-6338
4
   Vernon E. Leverty, Esq., NV Bar No. 1246
5  Patrick R. Leverty, Esq., NV Bar No. 8840
   **LEVERTY & ASSOCIATES LAW, CHTD.**
6  832 Willow Street
   Reno, Nevada 89502
7  Telephone: (775) 322-6636 • Facsimile: (775) 322-3953

8  Calvin R.X. Dunlap, Esq., NV Bar No. 2111
   Monique Laxalt, Esq., NV Bar No. 1969
9  **DUNLAP & LAXALT**
   537 Ralston Street
10 Reno, Nevada 89503
   Telephone: (775) 323-7790 • Facsimile: (775) 323-5454
11

12                    UNITED STATES DISTRICT COURT

13                          DISTRICT OF NEVADA

14 BILL ADAMSON, et al.,                   CASE NO. 3:09-cv-00621-LDG

15           Plaintiffs,                   **SUBSTITUTION OF ATTORNEYS**

16 vs.

17 UNITED STATES OF AMERICA,

18           Defendants.
                                         /
19
   BILL ADAMSON, et al.,                   CASE NO. 3:09-cv-00715-LDG
20
             Plaintiffs,                   **SUBSTITUTION OF ATTORNEYS**
21
   vs.
22
   UNITED STATES OF AMERICA,
23
             Defendants.
24                                       /

25

26      Plaintiff _Edward J. Stevens_ hereby substitutes ROBERT C. MADDOX &

27 ASSOCIATES, 10587 Double R Blvd., Suite 100, Reno, NV 89521, Telephone: (775) 322-3666;

28 LEVERTY & ASSOCIATES LAW CHTD., 832 Willow Street, Reno, Nevada 89502,

                                         1

1  Telephone: (775) 322-6636; and DUNLAP & LAXALT, 537 Ralston Street, Reno, Nevada
2  89503, Telephone: (775) 323-7790 as attorneys of record in place and stead of: HAGER &
3  HEARNE, 245 E. Liberty Street, Suite 450, Reno, Nevada 89501 and Lee T. Hotchkin, Esq., 100
4  W. Liberty Street, Suite 820, Reno, Nevada 89501.

I consent to the above substitution.

DATED: __8 NOV 2012__

_____
(Signature of Party)

| I consent to the above substitution. | I consent to the above substitution. |
|---|---|
| DATED: 12/6/12 | DATED: 12/6/12 |
| HAGER & HEARNE | LEE T. HOTCHKIN, Esq. |
| /S/ Treva Hearne | /S/ Lee Hotchkin |
| Treva J. Hearne, Esq.<br>245 E. Liberty Street, Suite 450<br>Reno, Nevada 89501<br>*Present Attorneys* | Lee T. Hotchkin, Esq.<br>100 W. Liberty Street, Suite 820<br>Reno, Nevada 89501.<br>*Present Attorneys* |
| We are duly admitted to practice in this District. | We are duly admitted to practice in this District. |
| Above substitution accepted. | Above substitution accepted. |
| DATED: 12/5/12 | DATED: 12/6/12 |
| LEVERTY & ASSOCIATES LAW CHTD. | ROBERT C. MADDOX & ASSOCIATES |
| /S/ Patrick Leverty | /S/ Robert Maddox |
| Vernon E. Leverty, Esq.<br>Patrick R. Leverty, Esq.<br>832 Willow St.<br>Reno, Nevada 89502<br>*New Retained Attorneys* | Robert C. Maddox, Esq.<br>Nancy Jasculca, Esq.<br>10587 Double R Blvd., Suite 100<br>Reno, NV 89521<br>*New Retained Attorneys* |

1  We are duly admitted to practice in this District.

2  Above substitution accepted.

3  DATED: _12/5/12_____

4  DUNLAP & LAXALT

5

6  ___/S/ Calvin Dunlap_____
Calvin R.X. Dunlap, Esq.
7  Monique Laxalt, Esq.
537 Ralston Street
8  Reno, Nevada 89503
*New Retained Attorneys*

9

   APPROVED:

10                                    DATED: _17 Dec 2012_____

11

12                                    _[signature]_____

13                                    UNITED STATES DISTRICT JUDGE

3