1  Robert C. Maddox, Esq., NV Bar No. 4002
   Nancy H. Jasculca, Esq., NV Bar No. 9594
2  **ROBERT C. MADDOX &ASSOCIATES**
   10587 Double R Blvd., Suite 100
3  Reno, NV 89521
   Telephone: (775)322-3666 • Facsimile: (775)322-6338
4
   Vernon E. Leverty, Esq., NV Bar No. 1246
5  Patrick R. Leverty, Esq., NV Bar No. 8840
   **LEVERTY &ASSOCIATES LAW, CHTD.**
6  832 Willow Street
   Reno, Nevada 89502
7  Telephone: (775) 322-6636 • Facsimile: (775) 322-3953
8  Calvin R.X. Dunlap, Esq., NV Bar No. 2111
   Monique Laxalt, Esq., NV Bar No. 1969
9  **DUNLAP &LAXALT**
   537 Ralston Street
10 Reno, Nevada 89503
   Telephone: (775) 323-7790 • Facsimile: (775) 323-5454
11
12                **UNITED STATES DISTRICT COURT**

13                 **DISTRICT OF NEVADA**

14 BILL ADAMSON, *et al.*,                    CASE NO. 3:08-cv-00621-LDG

15              Plaintiffs,          **SUBSTITUTION OF ATTORNEYS**

16 vs.

17 UNITED STATES OF AMERICA,

18              Defendants.
   _____/
19
   BILL ADAMSON, *et al.*,                    CASE NO. 3:09-cv-00715-LDG
20
              Plaintiffs,          **SUBSTITUTION OF ATTORNEYS**
21
22 vs.

   UNITED STATES OF AMERICA,
23
              Defendants.
24 _____/

25

26  Plaintiff Cherie Knox  hereby substitutes ROBERT C. MADDOX &

27 ASSOCIATES, 10587 Double R Blvd., Suite 100, Reno, NV 89521, Telephone: (775) 322-3666;

28 LEVERTY & ASSOCIATES LAW CHTD., 832 Willow Street, Reno, Nevada 89502,

                                    1

1  Telephone: (775) 322-6636; and DUNLAP & LAXALT, 537 Ralston Street, Reno, Nevada

2  89503, Telephone: (775) 323-7790 as attorneys of record in place and stead of: HAGER &

3  HEARNE, 245 E. Liberty Street, Suite 450, Reno, Nevada 89501 and Lee T. Hotchkin, Esq., 100

4  W. Liberty Street, Suite 820, Reno, Nevada 89501.

5

6  I consent to the above substitution.

7  DATED: ___11/27/12___

8  _Chrie Khax_
   *(Signature of Party)*

9

10  I consent to the above substitution.           I consent to the above substitution.

11  DATED: __February 21, 2013__                    DATED: __February 21, 2013__

12  HAGER & HEARNE                                  LEE T. HOTCHKIN, Esq.

13

14  /s/ Treva Hearne                                /s/ Lee Hotchkin
    Treva J. Hearne, Esq.                           Lee T. Hotchkin, Esq.
15  245 E. Liberty Street, Suite 450                100 W. Liberty Street, Suite 820
    Reno, Nevada 89501                              Reno, Nevada 89501.
16  *Present Attorneys*                             *Present Attorneys*

17

18  We are duly admitted to practice in this District.   We are duly admitted to practice in this District.

    Above substitution accepted.                    Above substitution accepted.

19  DATED: __February 21, 2013__                    DATED: __February 21, 2013__

20  LEVERTY & ASSOCIATES LAW CHTD.                  ROBERT C. MADDOX & ASSOCIATES

21

22

23  /s/ Vernon E. Leverty                           /s/ Robert C. Maddox
    Vernon E. Leverty, Esq.                         Robert C. Maddox, Esq.
    Patrick R. Leverty, Esq.                        Nancy Jasculca, Esq.
24  832 Willow St.                                  10587 Double R Blvd., Suite 100
    Reno, Nevada 89502                              Reno, NV 89521
25  *New Retained Attorneys*                        *New Retained Attorneys*

26

27

28

1   We are duly admitted to practice in this District.

2   Above substitution accepted.

3   DATED: February 21, 2013

4   DUNLAP & LAXALT

5

6   /s/ Calvin Dunlap

Calvin R.X. Dunlap, Esq.
7   Monique Laxalt, Esq.
537 Ralston Street
8   Reno, Nevada 89503
*New Retained Attorneys*

9

        APPROVED:

10

        DATED: 26 February 2013

11

12

13      UNITED STATES DISTRICT JUDGE
            Lloyd D. George
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                3