# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:08-cv-0246-LDG<br>(Kroshus I) |
| ALICIA UHOUSE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | 3:08-cv-0285-LDG |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:08-cv-0621-LDG<br>(Adamson I) |

| | |
|---|---|
| LARRY J. MOORE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | 3:09-cv-0167-LDG |
| JAMES ADGETT, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:09-cv-0649-LDG |
| JUDY KROSHUS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | 3:09-cv-0713-LDG<br>(Kroshus II) |
| BILL ADAMSON, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:09-cv-0715-LDG<br>(Adamson II) |
| JASON AMES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | 3:10-cv-0463-LDG |

In conformity with the subdivision of pending motions for oral arguments and rulings announced by the court in its order of March 16, 2011, and in the further interests of case management of this litigation,

THE COURT HEREBY ORDERS that the following motions are DENIED without prejudice subject to their reinstatement by the court in the due course of the aforementioned proceedings:

Kroshus v. United States, 3:08-cv-0246-LDG

> Plaintiff Judy Kroshus' renewal and reinstatement of motion for summary judgment regarding the level of flows through the Truckee Canal (#875)

Moore v. United States, 3:09-cv-0167-LDG

> United States' motion for summary judgment regarding discretionary function immunity (#219)

Adgett v. United States, 3:09-cv-0649-LDG

> United States' motion for summary judgment regarding discretionary function immunity (#161)

Kroshus v. United States, 3:09-cv-0713-LDG

> Plaintiffs' renewal and reinstatement of motion for summary judgment regarding the level of flows through the Truckee Canal (#409)

Adamson v. United States, 3:09-cv-0715-LDG

> United States' motion for summary judgment regarding discretionary function immunity (#170)

Ames v. United States, 3:10-cv-0463-LDG

> United States' motion for summary judgment regarding discretionary function immunity (#112)

DATED this 26 day of September, 2014.

_____
Lloyd D. George
United States District Judge

3