1

2

3

4

**UNITED STATES DISTRICT COURT**

5

**DISTRICT OF NEVADA**

6

7 | JUDY KROSHUS, et al.,                    3:08-cv-0246-LDG
                                           (Kroshus I)
8 |       Plaintiffs,

9 | v.

10 | UNITED STATES OF AMERICA, et al.,

11 |       Defendants.

12 | ALICIA UHOUSE, et al.,                  3:08-cv-0285-LDG

13 |       Plaintiffs,

14 | v.

15 | THE UNITED STATES DEPARTMENT OF
    | THE INTERIOR, et al.,
16 |
    |       Defendants.
17 | BILL ADAMSON, et al.,                   3:08-cv-0621-LDG
                                           (Adamson I)
18 |       Plaintiffs,

19 | v.

20 | THE UNITED STATES OF AMERICA,

21 |       Defendant.

22

23

24

25

26

1

| | |
|---|---|
| LARRY J. MOORE, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendants. | 3:09-cv-0167-LDG |
| JAMES ADGETT, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | 3:09-cv-0649-LDG |
| JUDY KROSHUS, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>     Defendants. | 3:09-cv-0713-LDG<br>(Kroshus II) |
| BILL ADAMSON, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | 3:09-cv-0715-LDG<br>(Adamson II) |
| JASON AMES, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | 3:10-cv-0463-LDG |

2

1    Anticipating the agreed upon global settlement in this class action and the dismissal of the

2  FTCA cases,

3    THE COURT HEREBY ORDERS that the following motions to set trial are DENIED

4  without prejudice:

5
6    Kroshus v. United States, 3:08-cv-0246-LDG (#882)

    Uhouse v. Bureau of Reclamation, 3:08-0285-LDG (#478)
7
    Adamson v. United States, 3:08-cv-621-LDG (#457)
8
    Moore v. United States, 3:09-cv-0167-LDG (#255)
9
    Adgett v. United States Department of Interior, 3:09-cv-0649-LDG (#195)
10
    Kroshus v. United States, 3:09-cv-0713-LDG (#416)
11
    Adamson v. United States Department of Interior, 3:09-cv-0715-LDG (#398)
12
    Ames v. Unites States, 3:10-cv-0463-LDG (#146)
13

14

15    DATED this _____ day of March, 2016.

16
    _____
17    Lloyd D. George
    United States District Judge
18

19

20

21

22

23

24

25

26

                                    3